**Opinion issued December 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00944-CV

———————————

## IN RE JUANITA CARDOZO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Juanita Cardozo, seeks a writ of mandamus to compel the trial court

to vacate its order granting a new trial.[1]

We deny the petition.

## PER CURIAM

---

[1] The underlying case is *Juanita Cardozo v. Herminio Roberto Tobias*, cause number 82503-CV, pending in the 239th District Court of Brazoria County, Texas, the Honorable Patrick Sebesta presiding.

Panel consists of Justices Massengale, Brown, and Huddle.